AMY MATTHEW (Bar No. 104683)
(e-mail: am@msandr.com)
CHRISTOPHER H. DOYLE (Bar No. 190016)
(e-mail: chd@msandr.com)
MILLER, STARR & REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone: (925) 935-9400
Facsimile: (925) 933-4126

JAMES A. TIEMSTRA (Bar No. 96203)
(e-mail: jat@tiemlaw.com)
LAW OFFICES OF JAMES A. TIEMSTRA
Tribune Tower
409 Thirteenth St., 15th Floor
Oakland, CA 94612-2605
Telephone: (510) 987-8000
Facsimile: (510) 987-8001

Attorneys for Plaintiff
MOHAMED POONJA, CHAPTER 7 TRUSTEE

**E-filed 5/22/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BRIDGESPAN CORP.,<br><br>Debtor. | Case No. 04-50500 ASW<br><br>Chapter 7 Case |
| MOHAMED POONJA, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESPAN TITLE COMPANY, a California corporation, et al.,<br><br>Defendants. | Adversary Proceeding No. C 05-5003 ASW<br><br>U.S.D.C. C 05-4471 JF<br><br>**STIPULATION OF THE PARTIES TO CONTINUE JUNE 2, 2006 CASE MANAGEMENT CONFERENCE 60-90 DAYS, AND ORDER THEREON**<br><br>Place: 280 South First Street<br>San Jose, California<br>Judge: Hon. Jeremy Fogel |

IT IS HEREBY STIPULATED BY MOHAMED POONJA, CHAPTER 7 TRUSTEE ("Plaintiff") on the one hand, and defendants BRIDGESPAN TITLE COMPANY, a California corporation, BRIDGESPAN, INC., a Delaware corporation, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, BRUCE DUNLEVIE, an individual, SIVA KUMAR, an individual, MARK STEVENS, an individual, NANDA A. KISHORE, an individual, LARRY WALKER, an individual, JOSEPH J. EVANS, an individual, LYNELLE DAHN, an individual, ROBERT G. ROCKWELL, an individual, MARK WALKER, an individual, MARK FELD, an individual, MARK EVANS, an individual, PHILLIP WEAVER, an individual, WILLIAM MOODY, an individual, DANIEL GAUDREAU, an individual, TREVOR STOFFER, an individual, JOSEPH DONATO, an individual, MINDY BENJAMIN, an individual, HARLEY DAVIS, an individual, JOHN ROBERTS, an individual, DARYL SHOPTAUGH, an individual, DESMOND CAHILL, an individual, MICHAEL COYNE, an individual, DAN COURTNEY, an individual, JAMES BUCHANAN, an individual, MICHAEL MILLS, an individual, and WESLEY KRANZ, an individual ("Defendants") on the other, by and through their attorneys of record, that the Case Management Conference currently set for June 2, 2006, shall be continued for 60-90 days or as soon thereafter as the Court may set it. This Stipulation is entered into for the following reasons:

## THE MOTIONS TO DISMISS

On or before September 16, 2005, motions to dismiss were filed on behalf of all Defendants. The motions to dismiss asserted a number of challenges to the operative complaint, including failure to state a claim (F.R.C.P. 12(B)(6)), failure to give adequate notice of the claims (F.R.C.P. 8(a)(2)), failure to plead RICO predicate acts involving fraud with particularity (Rule 9(b)), lack of standing (F.R.C.P. 12(b)(1)), and lack of ripeness (F.R.C.P. 12(b)(1). The Trustee filed an omnibus opposition to the motions to dismiss on October 25, 2005. Replies were filed by certain Defendants on or before November 1, 2005. The motions to dismiss were renoticed[1] for hearing by this Court for March 31, 2006, the first available hearing date.

[1] The motions to dismiss were initially filed in with the Bankruptcy Court, but were not heard by the Bankruptcy Court prior to this Court's withdrawal of the reference.

After the March 31, 2006, hearing, the Court took the matter under submission. On April 28, 2006, the Parties received notice of the Court's ruling by electronic transmission.

Plaintiffs are in the process of preparing a Second Amended Complaint, pursuant to the Court's ruling.

**DISCOVERY AND ADDITIONAL CASE MANAGEMENT ISSUES**

The parties previously agreed to defer discovery at least until after the Court's ruling following the March 31, 2006 hearing on the motions to dismiss. In light of the fact that the Parties received notice of the Court's ruling on the motions to dismiss by electronic transmission on April 28, 2006 and Plaintiffs have not yet filed the Second Amended Complaint, the parties believe that it would be a more efficient use of the Court's and the parties' resources to continue the Case Management Conference (currently set for June 2, 2006) to a date 60-90 days in the future, at the Court's convenience, until such time after the Second Amended Complaint has been filed and the parties have filed an answer or have otherwise responded to the Second Amended Complaint.

The parties intend to meet and confer as may be appropriate following the filing of the Second Amended Complaint in an effort to facilitate the efficient and expeditious management of this proceeding. The parties intend to keep the Court informed of such efforts.

No party will be prejudiced by the requested continuance.

Dated: May 18, 2006

MILLER, STARR & REGALIA

By: ______________________
Christopher H. Doyle
Attorneys for Plaintiff
MOHAMED POONJA, Chapter 7 Trustee

Dated: May ___, 2006

LATHAM & WATKINS LLP
Patrick E. Gibbs
Mark J. Seifert
Erica T. Grossman

By: ______________________
Mark J. Seifert
Attorneys for Defendants
BRUCE DUNLEVIE, NANDA KISHORE
MARK STEVENS, MARK EVANS
And SIVA KUMAR

After the March 31, 2006, hearing, the Court took the matter under submission. On April 28, 2006, the Parties received notice of the Court's ruling by electronic transmission.

Plaintiffs are in the process of preparing a Second Amended Complaint, pursuant to the Court's ruling.

**DISCOVERY AND ADDITIONAL CASE MANAGEMENT ISSUES**

The parties previously agreed to defer discovery at least until after the Court's ruling following the March 31, 2006 hearing on the motions to dismiss. In light of the fact that the Parties received notice of the Court's ruling on the motions to dismiss by electronic transmission on April 28, 2006 and Plaintiffs have not yet filed the Second Amended Complaint, the parties believe that it would be a more efficient use of the Court's and the parties' resources to continue the Case Management Conference (currently set for June 2, 2006) to a date 60-90 days in the future, at the Court's convenience, until such time after the Second Amended Complaint has been filed and the parties have filed an answer or have otherwise responded to the Second Amended Complaint.

The parties intend to meet and confer as may be appropriate following the filing of the Second Amended Complaint in an effort to facilitate the efficient and expeditious management of this proceeding. The parties intend to keep the Court informed of such efforts.

No party will be prejudiced by the requested continuance.

Dated: May ___, 2006

MILLER, STARR & REGALIA

By: ______________________
Christopher H. Doyle
Attorneys for Plaintiff
MOHAMED POONJA, Chapter 7 Trustee

Dated: May 18, 2006

LATHAM & WATKINS LLP
Patrick E. Gibbs
Mark J. Seifert
Erica T. Grossman

By: [signature]
Mark J. Seifert
Attorneys for Defendants
BRUCE DUNLEVIE, NANDA KISHORE
MARK STEVENS, MARK EVANS
And SIVA KUMAR

Dated: May 18, 2006

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation
Kirk R. Wagner
Lisa Omori

By: [signature]
Kirk R. Wagner
Attorneys for Defendants
MINDY BENJAMIN, JAMES BUCHANAN, DESMOND CAHILL DAN COURTNEY, MICHAEL COYNE, LYNELLE DAHN, HARLEY DAVIS, JOSEPH DONATO, JOSEPH EVANS MARK FELD, WESLEY KRANZ, MICHAEL MILLS, JOHN ROBERTS, ROBERT ROCKWELL, DARYL SHOPTAUGH, LARRY WALKER MARK WALKER, and PHILLIP WEAVER

Dated: May ___, 2006

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP
Michael L. Smith
Scott Wm. Davenport

By: ______________________________
Michael L. Smith
Attorneys for Defendants
WILLIAM MOODY, DANIEL GAUDREAU, and TREVOR STOFFER

Dated: May ___, 2006

HAIGHT BROWN & BONESTEEL LLP
David W. Evans
Scott M. Bloom
Philip J. Smith

By: ______________________________
Scott M. Bloom
Attorneys for Defendants
BRIDGESPAN, INC. and BRIDGESPAN TITLE CO.

Dated: May ___, 2006

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation
Kirk R. Wagner
Lisa Omori

By: ______________________
Kirk R. Wagner
Attorneys for Defendants
MINDY BENJAMIN, JAMES BUCHANAN, DESMOND CAHILL DAN COURTNEY, MICHAEL COYNE, LYNELLE DAHN, HARLEY DAVIS, JOSEPH DONATO, JOSEPH EVANS MARK FELD, WESLEY KRANZ, MICHAEL MILLS, JOHN ROBERTS, ROBERT ROCKWELL, DARYL SHOPTAUGH, LARRY WALKER MARK WALKER, and PHILLIP WEAVER

Dated: May 18, 2006

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP
Michael L. Smith
Scott Wm. Davenport

By: ______________________
Michael L. Smith
Attorneys for Defendants
WILLIAM MOODY, DANIEL GAUDREAU, and TREVOR STOFFER

Dated: May ___, 2006

HAIGHT BROWN & BONESTEEL LLP
David W. Evans
Scott M. Bloom
Philip J. Smith

By: ______________________
Scott M. Bloom
Attorneys for Defendants
BRIDGESPAN, INC. and BRIDGESPAN TITLE CO.

Dated: May ___, 2006

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation
Kirk R. Wagner
Lisa Omori

By: ______________________
Kirk R. Wagner
Attorneys for Defendants
MINDY BENJAMIN, JAMES BUCHANAN, DESMOND CAHILL DAN COURTNEY, MICHAEL COYNE, LYNELLE DAHN, HARLEY DAVIS, JOSEPH DONATO, JOSEPH EVANS MARK FELD, WESLEY KRANZ, MICHAEL MILLS, JOHN ROBERTS, ROBERT ROCKWELL, DARYL SHOPTAUGH, LARRY WALKER MARK WALKER, and PHILLIP WEAVER

Dated: May ___, 2006

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP
Michael L. Smith
Scott Wm. Davenport

By: ______________________
Michael L. Smith
Attorneys for Defendants
WILLIAM MOODY, DANIEL GAUDREAU, and TREVOR STOFFER

Dated: May 18, 2006

HAIGHT BROWN & BONESTEEL LLP
David W. Evans
Scott M. Bloom
Philip J. Smith

By: ______________________
Scott M. Bloom
Attorneys for Defendants
BRIDGESPAN, INC. and BRIDGESPAN TITLE CO.

Dated: May 18, 2006

GORDON & REES LLP
Steven B. Bitter
Andrew D. Castricone
Phillip K. Wang

By: ______________________
Andrew D. Castricone
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

**[~~PROPOSED~~] ORDER**

Based on the stipulation of the parties and the existence of good cause to continue the Case Management Conference, IT IS HEREBY ORDERED that the June 2, 2006 Case Management Conference is continued to 8/11, 2006.

Dated: May 19, 2006

______________________
THE HONORABLE JEREMY FOGEL