LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com

LATHAM & WATKINS LLP
   Mark J. Seifert (Bar No. 217054)
   Erica T. Grossman (Bar No. 233125)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
mark.seifert@lw.com
erica.grossman@lw.com

Attorneys for Defendants
BRUCE DUNLEVIE, NANDA KISHORE,
MARK STEVENS, MARK EVANS,
and SIVA KUMAR

*See signature pages for additional parties and counsel joining this stipulation.*

**E-filed 6/27/06**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re: <br><br> BRIDGESPAN CORP., <br><br> Debtor. | Case No. 04-50500 ASW <br><br> Chapter 7 Case |
| MOHAMED POONJA, Chapter 7 Trustee, <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESPAN TITLE COMPANY, a California corporation, et al., <br><br> Defendants. | U.S.D.C. No. C 05-4471 JF <br><br> Adversary Proceeding <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT, AND STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Place:  280 South First Street <br>          San Jose, California <br> Judge:  Hon. Jeremy Fogel |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Second Amended Complaint, and
Stipulation and [Proposed] Order Regarding CMC
U.S.D.C. No. C 05-4471 JF

# STIPULATION

The parties to the above-captioned action, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiff has agreed to extend the time for Defendants to answer or otherwise respond to the Second Amended Complaint to August 4, 2006;

2. WHEREAS, Defendants anticipate responding to the Second Amended Complaint by filing motions to dismiss, which would be set for hearing on the Court's September 8, 2006 motion calendar;

3. WHEREAS, there is currently a case management conference set for August 11, 2006 in this proceeding;

4. WHEREAS, it would be more efficient to conduct the case management conference after the Court has had an opportunity to consider the motions to dismiss; and

5. WHEREAS, no party would be prejudiced by the adjustments to the schedule reflected in this stipulation;

IT IS STIPULATED that:

1. Pursuant to Local Rule 6-1(a), Defendants shall answer or otherwise respond to the Second Amended Complaint on or before August 4, 2006; and

2. Pursuant to Local Rule 6-1(b), the parties jointly request that the Court continue the August 11, 2006 case management conference to September 8, 2006 at 9:00 a.m.

Dated: June 23, 2006

LATHAM & WATKINS LLP
Patrick E. Gibbs
Mark J. Seifert
Erica T. Grossman

By /s/ Mark J. Seifert
Mark J. Seifert
Attorneys for Defendants
BRUCE DUNLEVIE, NANDA KISHORE, MARK STEVENS, MARK EVANS, and SIVA KUMAR

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Stipulation Regarding Second Amended Complaint, and Stipulation and [Proposed] Order Regarding CMC
U.S.D.C. No. C 05-4471 JF

| | | |
|---|---|---|
| 1 | Dated: June 2/, 2006 | NOLAND, HAMERLY, ETIENNE & HOSS |
| | | A Professional Law Corporation |
| 2 | | Kirk R. Wagner |
| | | Lisa Omori |
| 3 | | |
| 4 | | By /s/ Kirk R. Wagner |
| | | Kirk R. Wagner |
| 5 | | Attorneys for Defendants |
| | | MINDY BENJAMIN, JAMES |
| 6 | | BUCHANAN, DESMOND CAHILL, |
| | | DAN COURTNEY, MICHAEL COYNE, |
| 7 | | LYNELLE DAHN, HARLEY DAVIS, |
| | | JOSEPH DONATO, JOSEPH EVANS, |
| 8 | | MARK FELD, WESLEY KRANZ, |
| | | MICHAEL MILLS, JOHN ROBERTS, |
| 9 | | ROBERT ROCKWELL, DARYL |
| | | SHOPTAUGH, LARRY WALKER, |
| 10 | | MARK WALKER, and PHILLIP WEAVER |
| 11 | | |
| 12 | Dated: June __, 2006 | MANNING & MARDER, KASS, ELLROD, |
| | | RAMIREZ LLP |
| 13 | | Michael L. Smith |
| | | Scott Wm. Davenport |
| 14 | | |
| 15 | | By _____ |
| | | Michael L. Smith |
| 16 | | Attorneys for Defendants |
| | | WILLIAM MOODY, DANIEL |
| 17 | | GAUDREAU, and TREVOR STOFFER |
| 18 | | |
| 19 | Dated: June __, 2006 | HAIGHT BROWN & BONESTEEL LLP |
| | | David W. Evans |
| 20 | | Scott M. Bloom |
| | | Philip J. Smith |
| 21 | | |
| 22 | | By _____ |
| | | Scott M. Bloom |
| 23 | | Attorneys for Defendants |
| | | BRIDGESPAN, INC. and |
| 24 | | BRIDGESPAN TITLE CO. |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation Regarding Second Amended Complaint, and
Stipulation and [Proposed] Order Regarding CMC
U.S.D.C. No. C 05-4471 JF

Michael Smith - Stipulation.pdf

Page 3

```
 1  Dated: June __, 2006              NOLAND, HAMERLY, ETIENNE & HOSS
                                      A Professional Law Corporation
 2                                         Kirk R. Wagner
                                           Lisa Omori
 3

 4                                    By _____
                                         Kirk R. Wagner
 5                                       Attorneys for Defendants
                                         MINDY BENJAMIN, JAMES
 6                                       BUCHANAN, DESMOND CAHILL,
                                         DAN COURTNEY, MICHAEL COYNE,
 7                                       LYNELLE DAHN, HARLEY DAVIS,
                                         JOSEPH DONATO, JOSEPH EVANS,
 8                                       MARK FELD, WESLEY KRANZ,
                                         MICHAEL MILLS, JOHN ROBERTS,
 9                                       ROBERT ROCKWELL, DARYL
                                         SHOPTAUGH, LARRY WALKER,
10                                       MARK WALKER, and PHILLIP WEAVER

11

12  Dated: June 20, 2006               MANNING & MARDER, KASS, ELLROD,
                                       RAMIREZ LLP
13                                         Michael L. Smith
                                           Scott Wm. Davenport
14

15                                     By _____
                                          Michael L. Smith
16                                        Attorneys for Defendants
                                          WILLIAM MOODY, DANIEL
17                                        GAUDREAU, and TREVOR STOFFER

18

19  Dated: June __, 2006               HAIGHT BROWN & BONESTEEL LLP
                                           David W. Evans
20                                         Scott M. Bloom
                                           Phlip J. Smith
21

22                                     By _____
                                          Scott M. Bloom
23                                        Attorneys for Defendants
                                          BRIDGESPAN, INC. and
24                                        BRIDGESPAN TITLE CO.

25

26

27

28
```



LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation Regarding Second Amended Complaint, and
Stipulation and [Proposed] Order Regarding CMC
2                    U.S.D.C. No. C05-4471 JF

```
 1  Dated: June ___, 2006          NOLAND, HAMERLY, ETIENNE & HOSS
                                   A Professional Law Corporation
 2                                     Kirk R. Wagner
                                       Lisa Omori
 3
 4                                 By _____
                                       Kirk R. Wagner
 5                                     Attorneys for Defendants
                                       MINDY BENJAMIN, JAMES
 6                                     BUCHANAN, DESMOND CAHILL,
                                       DAN COURTNEY, MICHAEL COYNE,
 7                                     LYNELLE DAHN, HARLEY DAVIS,
                                       JOSEPH DONATO, JOSEPH EVANS,
 8                                     MARK FELD, WESLEY KRANZ,
                                       MICHAEL MILLS, JOHN ROBERTS,
 9                                     ROBERT ROCKWELL, DARYL
                                       SHOPTAUGH, LARRY WALKER,
10                                     MARK WALKER, and PHILLIP WEAVER

11

12  Dated: June ___, 2006          MANNING & MARDER, KASS, ELLROD,
                                   RAMIREZ LLP
13                                     Michael L. Smith
                                       Scott Wm. Davenport
14

15                                 By _____
                                       Michael L. Smith
16                                     Attorneys for Defendants
                                       WILLIAM MOODY, DANIEL
17                                     GAUDREAU, and TREVOR STOFFER

18

19  Dated: June 20, 2006           HAIGHT BROWN & BONESTEEL LLP
                                       David W. Evans
20                                     Scott M. Bloom
                                       Philip J. Smith
21
22                                 By _____
                                       Scott M. Bloom
23                                     Attorneys for Defendants
                                       BRIDGESPAN, INC. and
24                                     BRIDGESPAN TITLE CO.

25
26
27
28
```

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2   Stipulation Regarding Second Amended Complaint, and
    Stipulation and [Proposed] Order Regarding CMC
    U.S.D.C. No. C 05-4471 JF

```
 1  Dated: June 21, 2006              GORDON & REES LLP
                                         Steven B. Bitter
 2                                       Andrew D. Castricone
                                         Phillip K. Wang
 3
                                      By /s/ Andrew D. Castricone
 4                                       Andrew D. Castricone
 5                                       Attorneys for Defendant
                                         NATIONAL UNION FIRE INSURANCE
 6                                       COMPANY OF PITTSBURGH, PA
 7
 8  Dated: June __, 2006              MILLER, STARR & REGALIA
                                      A Professional Law Corporation
 9                                       Amy Matthew
                                         Stephen C. Seto
10                                       Christopher H. Doyle
11
                                      By _____
12                                       Christopher H. Doyle
                                         Attorneys for Plaintiff
13                                       MOHAMED POONJA, Chapter 7 Trustee
14
15
```

### [PROPOSED] ORDER

The Court having considered the parties' stipulation, and good cause appearing, it is hereby ORDERED that the case management conference currently set for August 11, 2006 is continued to September 8, 2006 at 9:00 a.m.

Dated: June 22, 2006

_____
Honorable Jeremy Fogel
United States District Judge

SF\567066.1

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3   Stipulation Regarding Second Amended Complaint, and Stipulation and [Proposed] Order Regarding CMC
U.S.D.C. No. C 05-4471 JF

```
 1  Dated: June ___, 2006              GORDON & REES LLP
                                       Steven B. Bitter
 2                                     Andrew D. Castricone
                                       Phillip K. Wang
 3

 4                                     By _____
                                          Andrew D. Castricone
 5                                        Attorneys for Defendant
                                          NATIONAL UNION FIRE INSURANCE
 6                                        COMPANY OF PITTSBURGH, PA

 7

 8  Dated: June 21, 2006               MILLER, STARR & REGALIA
                                       A Professional Law Corporation
 9                                     Amy Matthew
                                       Stephen C. Seto
10                                     Christopher H. Doyle

11
                                       By _____
12                                        Christopher H. Doyle
                                          Attorneys for Plaintiff
13                                        MOHAMED POONJA, Chapter 7 Trustee
```

## [PROPOSED] ORDER

The Court having considered the parties' stipulation, and good cause appearing, it is hereby ORDERED that the case management conference currently set for August 11, 2006 is continued to September 8, 2006 at 9:00 a.m.

Dated: June ___, 2006

_____
Honorable Jeremy Fogel
United States District Judge

SF\567066.1

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3    Stipulation Regarding Second Amended Complaint, and
     Stipulation and [Proposed] Order Regarding CMC
     U.S.D.C. No. C 05-4471 JF