1  Kirk R. Wagner (State Bar No. 190005)
   NOLAND, HAMERLY, ETIENNE & HOSS
2  A Professional Corporation
   333 Salinas Street
3  Post Office Box 2510
   Salinas, California 93902-2510
4  Telephone:   (831) 424-1414
   Facsimile:   (831) 424-1975
5
   Attorneys for Defendants M. Benjamin, J. Buchanan,
6  D. Cahill, D. Courtney, M. Coyne, L. Dahne, H.
   Davis, J. Donato, J. Evans, M. Feld, W. Kranz, M.
7  Mills, J. Roberts, R. Rockwell, D. Shoptaugh, L.
   Walker, M. Walker, P. Weaver
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Poonja, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>BridgeSpan Title Company, BridgeSpan, Inc., National Union Fire Insurance Company of Pittsburgh, Bruce Dunlevie, Siva Kumar, Mark Stevens, Nanda A. Kishore, Larry Walker, Joseph J. Evans, Lynelle Dahn, Robert G. Rockwell, Mark Walker, Mark Feld, Mark Evans, Phillip Weaver, William Moody, Daniel Gaudreau, Trevor Stoffer, Joseph Donato, Mindy Benjamin, Harley Davis, John Roberts, Daryl Shoptaugh, Martin Dasher, Desmond Cahill, Michael Coyne, Dan Courtney, James Buchanan, Michael Mills, Wesley Kranz,<br><br>Defendants. | Case No. C 05-4471 JF<br><br>**STIPULATION TO REMOVE MATTER FROM COURT-SPONSORED MEDIATION AND PROCEED BEFORE MAGISTRATE JUDGE PATRICIA TRUMBULL; AND [~~PROPOSED~~] ORDER THEREON** |

The parties, by and through their counsel, stipulate as follows:

1.  On October 18, 2006, this court referred this matter to mediation, court or private, to be completed by December 15, 2006.

2.  On November 14, 2006, counsel were served with the court's Notice of Appointment of Mediator appointing Paul A. Epstein as mediator.

18706\000\355380.1:112106                  1

STIPULATION TO REMOVE CASE FROM COURT MEDIATION; ORDER THEREON
*Mohamed Poonja, Trustee v. BridgeSpan Title Company, et al./Case No. C05-4471JF*

3. Prior to this appointment, counsel had agreed to schedule a settlement conference before Magistrate Judge Patricia V. Trumbull, and had been actively coordinating mutually convenient dates for the settlement conference, in lieu of mediation.

4. On November 16, 2006, a settlement conference before Magistrate Judge Patricia V. Trumbull was set for December 6, 2006 at 10:00 a.m.

5. Counsel desire to proceed with the settlement conference before Magistrate Judge Patricia V. Trumbull on December 6, 2006 in lieu of the court-sponsored mediation.

Dated: November ___, 2006

NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation

By /s/ Kirk R. Wagner
Kirk R. Wagner
Attorneys for M. Benjamin, J. Buchanan, D. Cahill, D. Courtney, M. Coyne, L. Dahne, H. Davis, J. Donato, J. Evans, M. Feld, W. Kranz, M. Mills, J. Roberts, R. Rockwell, D. Shoptaugh, L. Walker, M. Walker, P. Weaver

Dated: November ___, 2006

MILLER, STARR & REGALIA
A Professional Corporation

By _____
Christopher H. Doyle
Attorneys for Plaintiff

Dated: November ___, 2006

LAW OFFICES OF JAMES A. TIEMSTRA

By _____
James A. Tiemstra
Attorneys for Plaintiff

Dated: November ___, 2006

LATHAM & WATKINS LLP

By _____
Mark J. Seifert
Attorneys for Defendants Bruce Dunlevie, Nanda Kishore, Mark Stevens, Mark Evans, and Siva Kumar

*[Remaining Signatures/Order on Page 3]*

18706\000\355380.1:112106

2

STIPULATION TO REMOVE CASE FROM COURT MEDIATION; ORDER THEREON
*Mohamed Poonja, Trustee v. BridgeSpan Title Company, et al./Case No. C05-4471JF*

| | | |
|---|---|---|
| 1 | Dated: November __, 2006 | GORDON & REESE LLP |
| 2 | | |
| 3 | | |
| 4 | | By _____<br>Andrew Castricone |
| 5 | | Attorneys for Defendant National Union Fire Insurance Co. |
| 6 | Dated: November __, 2006 | HAIGHT, BROWN & BONESTEEL<br>A Professional Corporation |

Dated: November __, 2006     HAIGHT, BROWN & BONESTEEL
                             A Professional Corporation

By _____
Scott M. Bloom
Attorneys for Defendants BridgeSpan Title
Company and BridgeSpan, Inc.

Dated: November __, 2006     MANNING & MARDER, KASS, ELLROD,
                             RAMIREZ, LLP

By _____
Michael L. Smith
Attorneys for Defendants Daniel Gaudreau,
Trevor Stoffer and William Moody

### ORDER

The Court, having considered the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that this matter shall be removed from the court-sponsored mediation program and Mediator Paul A. Epstein is alleviated of his duties as mediator under the court's ADR Program.

IT IS HEREBY FURTHER ORDERED that the parties may proceed before Magistrate Judge Patricia V. Trumbull with a settlement conference on December 6, 2006 at 10:00 a.m. as calendared.

Dated: ~~November __, 2006~~
       December 4, 2006

_/s/ Jeremy Fogel_
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE