**E-Filed 3/22/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: BRIDGESPAN CORP.,<br><br>　　　　　Debtor.<br><br>MOHAMED POONJA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BRIDGESPAN TITLE COMPANY, et al.,<br><br>　　　　　Defendants. | Case Number C 05-4471 JF<br><br>ORDER[1] TERMINATING MOTION TO DISMISS AS MOOT<br>[re: docket no. 90] |

On January 13, 2007, Defendants Bruce Dunlevie, Nanda Kishore, Mark Stevens, Mark Evans, and Siva Kumar moved to dismiss the two claims against them in Plaintiff's third amended complaint. On March 21, 2007, Plaintiff filed a notice of voluntary dismissal of these five defendants. Accordingly, the motion to dismiss will be terminated as moot.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-4471 JF
ORDER TERMINATING MOTION TO DISMISS AS MOOT
(JFLC1)

1  DATED: March 22, 2007.
2
3                                                                   _____
4                                                                   JEREMY FOGEL
                                                                    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 05-4471 JF
ORDER TERMINATING MOTION TO DISMISS AS MOOT
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | Scott Michael Bloom | sbloom@hbblaw.com |
| 3 | Andrew D. Castricone | acastricone@gordonrees.com |
| 4 | Christopher H. Doyle | chd@msandr.com, kli@msandr.com; ams@msandr.com |
| 5 | David W. Evans | devans@hbblaw.com, kblack@hbblaw.com |
| 6 | Patrick Edward Gibbs | patrick.gibbs@lw.com, zoila.aurora@lw.com |
| 7 | Amy Matthew | AM@MSANDR.COM, KLW@MSANDR.COM |
| 8 | Mark Jeremy Seifert | mark.seifert@lw.com, |
| 9 | Stephen Chew Seto | scs@msandr.com, |
| 10 | Michael Lloyd Smith | mls@mmker.com |
| 11 | James A. Tiemstra | jat@tiemlaw.com, sml@tiemlaw.com |
| 12 | Kirk Wagner | kwagner@nheh.com, |
| 13 | Phillip K. Wang | pwang@gordonrees.com |

Notice will be delivered by other means to:

Lisa Omori
Noland Hamerly Etienne and Hoss
333 Salinas Street
Salinas, CA 93901

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

3

Case No. C 05-4471 JF
ORDER TERMINATING MOTION TO DISMISS AS MOOT
(JFLC1)