1    AMY MATTHEW (Bar No. 104683)
     CHRISTOPHER H. DOYLE (Bar No. 190016)
2    MILLER STARR REGALIA
     A Professional Law Corporation
3    1331 N. California Blvd., Fifth Floor
     Post Office Box 8177
4    Walnut Creek, California  94596
     Telephone:    925 935 9400
5    Facsimile:    925 933 4126
     e-mail: am@msrlegal.com; chd@msrlegal.com
6
     JAMES A. TIEMSTRA (Bar No. 96203)
7    (e-mail:  jat@tiemlaw.com)
     LAW OFFICES OF JAMES A. TIEMSTRA
8    Tribune Tower
     409 Thirteenth St., 15th Floor
9    Oakland, CA 94126-2605
     Telephone:    (510) 987-8000
10   Facsimile:    (510) 987-8001

11   Attorneys for Trustee
     MOHAMED POONJA, TRUSTEE BRIDGESPAN,
12   CORP.

13

                     UNITED STATES DISTRICT COURT

14

                  NORTHERN DISTRICT OF CALIFORNIA

15

                      SAN JOSE DIVISION

16

| | |
|---|---|
| In re: | No.  04-50500 ASW |
| BRIDGESPAN CORP., | Chapter 7 Case |
| Debtor. | Adversary Proceeding No. 05-5003 ASW |
| MOHAMED POONJA, Chapter 7 Trustee, | U.S.D.C. NO. C 05-4471 JF |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION** |
| v. | |
| BRIDGESPAN TITLE COMPANY, a California corporation, et al., | |
| Defendants. | |

1           By and through their counsel, plaintiff Trustee MOHAMED POONJA, TRUSTEE

2   BRIDGESPAN, CORP. ("Plaintiff" or "the Trustee"), on the one hand, and defendants

3   BRIDGESPAN TITLE COMPANY, a California Corporation, BRIDGESPAN, INC., a Delaware

4   Corporation, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a

5   Pennsylvania Corporation, LARRY WALKER, an individual, JOSEPH J. EVANS, an individual,

6   LYNELLE DAHN, an individual, ROBERT G. ROCKWELL, an individual, MARK WALKER,

7   an individual, MARK FELD, an individual, PHILLIP WEAVER, an individual, WILLIAM

8   MOODY, an individual, DANIEL GAUDREAU, an individual, TREVOR STOFFER, an

9   individual, JOSEPH DONATO, an individual, MINDY BENJAMIN, an individual, HARLEY

10  DAVIS, an individual, JOHN ROBERTS, an individual, DARYL SHOPTAUGH, an individual,

11  DESMOND CAHILL, an individual, MICHAEL COYNE, an individual, DAN COURTNEY, an

12  individual, JAMES BUCHANAN, an individual, MICHAEL MILLS, an individual, and

13  WESLEY KRANZ, an individual (collectively "the Defendants"), on the other, stipulate as

14  follows:

15                           **RECITALS**

16          1.     WHEREAS, Plaintiff initiated this action in January, 2005, and filed a

17  "Third Amended Complaint For Breach Of Fiduciary Duty, Negligence, Breach of Contract,

18  Claim On Financial Institution Bond, Declaratory Relief, and Deepening Insolvency" ("the Third

19  Amended Complaint") in December 2006 against the following defendants:  BRIDGESPAN

20  TITLE COMPANY, a California Corporation, BRIDGESPAN, INC., a Delaware Corporation,

21  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania

22  Corporation, LARRY WALKER, an individual, JOSEPH J. EVANS, an individual, LYNELLE

23  DAHN, an individual, ROBERT G. ROCKWELL, an individual, MARK WALKER, an

24  individual, MARK FELD, an individual, PHILLIP WEAVER, an individual, WILLIAM

25  MOODY, an individual, DANIEL GAUDREAU, an individual, TREVOR STOFFER, an

26  individual, JOSEPH DONATO, an individual, MINDY BENJAMIN, an individual, HARLEY

27  DAVIS, an individual, JOHN ROBERTS, an individual, DARYL SHOPTAUGH, an individual,

28  DESMOND CAHILL, an individual, MICHAEL COYNE, an individual, DAN COURTNEY, an

1   individual, JAMES BUCHANAN, an individual, MICHAEL MILLS, an individual, and

2   WESLEY KRANZ, an individual;

3          2.      WHEREAS, Defendants filed motions to withdraw the reference, the

4   reference was withdrawn, and the action has been pending before the Honorable Jeremy Fogel,

5   and the Defendants have filed Answers to the Third Amended Complaint;

6          3.      WHEREAS, the Trustee gave notice to the Defendants in January 2007

7   that the Trustee intended to obtain new counsel as counsel of record (Miller Starr Regalia and the

8   Law Offices of James A. Tiemstra) intended to withdraw as counsel, and the parties agreed to

9   stay discovery accordingly;

10         4.      WHEREAS, the Trustee has not obtained substitute counsel and has

11  decided to dismiss this lawsuit; and

12         5.      WHEREAS, the Trustee and the Defendants desire that this lawsuit be

13  dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and

14  desire that each party shall pay its costs.

15                              **STIPULATION**

16         To resolve this matter, the parties HEREBY STIPULATE as follows:

17         1.      This lawsuit shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of

18  the Federal Rules of Civil Procedure; and

19         2.      Each party shall pay its costs.

20         **IT IS SO STIPULATED.**

21

22  Dated: _5/7/07_ , 2007                    MILLER STARR REGALIA

23

24  By _____              By _____
       Mohamed Poonja                             Amy Matthew

25                                                Attorneys for Plaintiff
                                                  Mohamed Poonja, Chapter 7 Trustee

26                                          Dated: _____ , 2007

27

28  6/25/07 IT IS SO ORDERED.

       POMH\44364\694559.2                    Judge Jeremy Fogel, US District Court
                                                                  STIPULATION OF DISMISSAL
                                                                  U.S.D.C. NO. C 05-4471 JF
                                              -3-

1    individual, JAMES BUCHANAN, an individual, MICHAEL MILLS, an individual, and

2    WESLEY KRANZ, an individual;

3           2.      WHEREAS, Defendants filed motions to withdraw the reference, the

4    reference was withdrawn, and the action has been pending before the Honorable Jeremy Fogel,

5    and the Defendants have filed Answers to the Third Amended Complaint;

6           3.      WHEREAS, the Trustee gave notice to the Defendants in January 2007

7    that the Trustee intended to obtain new counsel as counsel of record (Miller Starr Regalia and the

8    Law Offices of James A. Tiemstra) intended to withdraw as counsel, and the parties agreed to

9    stay discovery accordingly;

10           4.      WHEREAS, the Trustee has not obtained substitute counsel and has

11    decided to dismiss this lawsuit; and

12           5.      WHEREAS, the Trustee and the Defendants desire that this lawsuit be

13    dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and

14    desire that each party shall pay its costs.

15                               **STIPULATION**

16          To resolve this matter, the parties HEREBY STIPULATE as follows:

17           1.      This lawsuit shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of

18    the Federal Rules of Civil Procedure; and

19           2.      Each party shall pay its costs.

20          **IT IS SO STIPULATED.**

21

22    Dated: _____, 2007       MILLER STARR REGALIA

23

24    By_____      By: _____
         Mohamed Poonja              Amy Matthew

25                                 Attorneys for Plaintiff
                                  Mohamed Poonja, Chapter 7 Trustee

26                               Dated: _June 15_, 2007

27

28

1

2   LAW OFFICES OF JAMES A. TIEMSTRA

3   By:
    James A. Tiemstra
4   Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee
5
    Dated: May 24, 2007
6

7   Dated: _____, 2007

8   BRIDGESPAN, INC.                    HAIGHT BROWN & BONESTEEL LLP

9   By_____
    Its_____          By: _____
10                                          Scott M. Bloom
    Dated: _____, 2007              Attorneys for Defendants
11                                          Bridgespan, Inc. and
    BRIDGESPAN TITLE COMPANY                Bridgespan Title Co.
12
    By_____           Dated: _____, 2007
13  Its_____

14

15

16  Dated: _____, 2007          NOLAND, HAMERLY, ETIENNE & HOSS

17  By_____           A Profession Law Corporation
       Mindy Benjamin
18                                       By: _____
    Dated: _____, 2007             Kirk R. Wagner
19                                          Attorneys for Defendants Mindy Benjamin,
    By_____              James Buchanan, Desmond Cahill, Dan
20     James Buchanan                       Courtney, Michael Coyne, Lynelle
                                            Dahn, Harley Davis, Joseph Donato,
21  Dated: _____, 2007             Joseph Evans, Mark Feld; Wesley Kranz,
                                            Michael Mills, John Roberts, Robert
22  By_____              Rockwell, Daryl Shoptaugh, Larry Walker,
       Desmond Cahill                       Mark Walker, and Phillip Weaver
23
    Dated: _____, 2007
24                                       Dated: _____, 2007
    By_____
25     Dan Courtney

26  Dated: _____, 2007

27  By_____
       Michael Coyne
28

POMH\44364\694559.2

STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

1

2

3

4

5

6

7   ~~Dated:~~_____, ~~2007~~

8   ~~BRIDGESPAN, INC.~~

9   ~~By:~~_____
    ~~Its~~

10  ~~Dated:~~_____, ~~2007~~

11  ~~BRIDGESPAN TITLE COMPANY~~

12  ~~By~~

13

14

15

16  Dated:_____, 2007

17  By_____
        Mindy Benjamin

18  Dated:_____, 2007

19  By_____
        James Buchanan

20

21  Dated:_____, 2007

22  By_____
        Desmond Cahill

23

24  Dated:_____, 2007

25  By_____
        Dan Courtney

26  Dated:_____, 2007

27  By_____
        Michael Coyne

28

POMH\44364\694559.2

LAW OFFICES OF JAMES A. TIEMSTRA

By:_____
    James A. Tiemstra
    Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee

Dated:_____, 2007

HAIGHT BROWN & BONESTEEL LLP

By:_____
    Scott M. Bloom
    Attorneys for Defendants
    Bridgespan, Inc. and
    Bridgespan Title Co.

Dated: 5|8_____, 2007

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation

By:_____
    Kirk R. Wagner
    Attorneys for Defendants Mindy Benjamin,
    James Buchanan, Desmond Cahill, Dan
    Courtney, Michael Coyne, Lynelle
    Dahn, Harley Davis, Joseph Donato,
    Joseph Evans, Mark Feld, Wesley Kranz,
    Michael Mills, John Roberts, Robert
    Rockwell, Daryl Shoptaugh, Larry Walker,
    Mark Walker, and Phillip Weaver

Dated:_____, 2007

STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

-4-

LAW OFFICES OF JAMES A. TIEMSTRA

By: _____
James A. Tiemstra
Attorney for Plaintiff
Mohamed Poonja, Chapter 7 Trustee

Dated: _____, 2007

Dated: _____, 2007

HAIGHT BROWN & BONESTEEL LLP

BRIDGESPAN, INC.

By_____
Its_____

By: _____
Scott M. Bloom
Attorneys for Defendants
Bridgespan, Inc. and
Bridgespan Title Co.

Dated: _____, 2007

Dated: _____, 2007

BRIDGESPAN TITLE COMPANY

By_____
Its_____

Dated: _May 8_____, 2007

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation

By_____
Mindy Benjamin

By: _____
Kirk R. Wagner
Attorneys for Defendants Mindy Benjamin,
James Buchanan, Desmond Cahill, Dan
Courtney, Michael Coyne, Lynelle
Dahn, Harley Davis, Joseph Donato,
Joseph Evans, Mark Feld; Wesley Kranz,
Michael Mills, John Roberts, Robert
Rockwell, Daryl Shoptaugh, Larry Walker,
Mark Walker, and Phillip Weaver

Dated: _____, 2007

By_____
James Buchanan

Dated: _____, 2007

By_____
Desmond Cahill

Dated: _____, 2007

Dated: _May 7_____, 2007

By_____
Dan Courtney

Dated: _____, 2007

By_____
Michael Coyne

POMJI\4364\694559.2

-4-

1

2

3

4

5

6

7    Dated: _____, 2007

8    BRIDGESPAN, INC.

9    By_____
     Its_____

10   Dated: _____, 2007

11   BRIDGESPAN TITLE COMPANY

12   By_____
     Its_____

13

14

15

16   Dated: _____, 2007

17   By_____
         Mindy Benjamin

18   Dated: _MAY 8_____, 2007

19   By _JAMES BUCHANAN_
         James Buchanan

20

21   Dated: _____, 2007

22   By_____
         Desmond Cahill

23   Dated: _____, 2007

24   By_____
         Dan Courtney

25

26   Dated: _____, 2007

27   By_____
         Michael Coyne

28

POMI(04:364\694559.2


LAW OFFICES OF JAMES A. TIEMSTRA

By: _____
    James A. Tiemstra
    Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee

Dated: _____, 2007


HAIGHT BROWN & BONESTEEL LLP

By: _____
    Scott M. Bloom
    Attorneys for Defendants
    Bridgespan, Inc. and
    Bridgespan Title Co.

Dated: _____, 2007


NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation

By: _____
    Kirk R. Wagner
    Attorneys for Defendants Mindy Benjamin,
    James Buchanan, Desmond Cahill, Dan
    Courtney, Michael Coyne, Lynelle
    Dahn, Harley Davis, Joseph Donato,
    Joseph Evans, Mark Feld, Wesley Kranz,
    Michael Mills, John Roberts, Robert
    Rockwell, Daryl Shoptaugh, Larry Walker,
    Mark Walker, and Phillip Weaver

Dated: _May 7_____, 2007


STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

-4-

1

2

3

4

5

6

7     Dated: _____, 2007

8     BRIDGESPAN, INC.

9     By _____
      Its _____
10
      Dated: _____, 2007
11
      BRIDGESPAN TITLE COMPANY
12
      By _____
13    Its _____

14

15

16    Dated: _____, 2007

17    By _____
           Mindy Benjamin
18
      Dated: _____, 2007
19
      By _____
20         James Buchanan

21    Dated: 5/7/2007

22    By _____
           Desmond Cahill
23
      Dated: _____, 2007
24
      By _____
25         Dan Courtney

26    Dated: _____, 2007

27    By _____
           Michael Coyne
28

POM:HM43646694559.2

LAW OFFICES OF JAMES A. TIEMSTRA


By: _____
    James A. Tiemstra
    Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee

Dated: _____, 2007


HAIGHT BROWN & BONESTEEL LLP


By: _____
    Scott M. Bloom
    Attorneys for Defendants
    Bridgespan, Inc. and
    Bridgespan Title Co.

Dated: _____, 2007


NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation

By: _____
    Kirk R. Wagner
    Attorneys for Defendants Mindy Benjamin,
    James Buchanan, Desmond Cahill, Dan
    Courtney, Michael Coyne, Lynelle
    Dahn, Harley Davis, Joseph Donato,
    Joseph Evans, Mark Feld, Wesley Kranz,
    Michael Mills, John Roberts, Robert
    Rockwell, Daryl Shoptaugh, Larry Walker,
    Mark Walker, and Phillip Weaver

Dated: May 7, 2007

STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

-4-

1

2

3

4

5

6

7   Dated: _____, 2007

8   BRIDGESPAN, INC.

9   By_____
    Its_____

10  Dated: _____, 2007

11  BRIDGESPAN TITLE COMPANY

12  By_____

13  Its_____

14

15

16  Dated: _____, 2007

17  By_____
        Mindy Benjamin

18  Dated: _____, 2007

19  By_____
        James Buchanan

20

21  Dated: _____, 2007

22  By_____
        Desmond Cahill

23  Dated: MAY 9, 2007

24  By_____
        Dan Courtney

25

26  Dated: _____, 2007

27  By_____
        Michael Coyne

28

POMIT:4:364\694559.2

---

LAW OFFICES OF JAMES A. TIEMSTRA

By: _____
    James A. Tiemstra
    Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee

Dated: _____, 2007

HAIGHT BROWN & BONESTEEL LLP

By: _____
    Scott M. Bloom
    Attorneys for Defendants
    Bridgespan, Inc. and
    Bridgespan Title Co.

Dated: _____, 2007

NOLAND, HAMERLY, ETIENNE & HOSS
A Profession Law Corporation

By: _____
    Kirk R. Wagner
    Attorneys for Defendants Mindy Benjamin,
    James Buchanan, Desmond Cahill, Dan
    Courtney, Michael Coyne, Lynelle
    Dahn, Harley Davis, Joseph Donato,
    Joseph Evans, Mark Feld; Wesley Kranz,
    Michael Mills, John Roberts, Robert
    Rockwell, Daryl Shoptaugh, Larry Walker,
    Mark Walker, and Phillip Weaver

Dated: May 7, 2007

STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

-4-

LAW OFFICES OF JAMES A. TIEMSTRA

By: _____
    James A. Tiemstra
    Attorney for Plaintiff
    Mohamed Poonja, Chapter 7 Trustee

Dated: _____, 2007

HAIGHT BROWN & BONESTEEL LLP

By: _____
    Scott M. Bloom
    Attorneys for Defendants
    Bridgespan, Inc. and
    Bridgespan Title Co.

Dated: _____, 2007

1

2

3

4

5

6

7  Dated: _____, 2007

8  BRIDGESPAN, INC.

9  By _____
   Its _____

10  Dated: _____, 2007

11  BRIDGESPAN TITLE COMPANY

12  By _____
13  Its _____

14

15

16  Dated: _____, 2007

17  By _____
    Mindy Benjamin

18  Dated: _____, 2007

19  By _____
20      James Buchanan

21  Dated: _____, 2007

22  By _____
    Desmond Cahill

23  Dated: _____, 2007

24  By _____
25      Dan Courtney

26  Dated: May 8, 2007

27  By _____
    Michael Coyne

28

NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Law Corporation

By: _____
    Kirk R. Wagner
    Attorneys for Defendants Mindy Benjamin,
    James Buchanan, Desmond Cahill, Dan
    Courtney, Michael Coyne, Lynelle
    Dahn, Harley Davis, Joseph Donato,
    Joseph Evans, Mark Feld; Wesley Kranz,
    Michael Mills, John Roberts, Robert
    Rockwell, Daryl Shoptaugh, Larry Walker,
    Mark Walker, and Phillip Weaver

Dated: May 7, 2007

POM\HM4264\694559.2

-4-

1    Dated: _____, 2007

2    By _____
         Lynelle Dahn

3    Dated: _May 8_____, 2007

4    By _____
         Harley Davis

5

6    Dated: _____, 2007

7    By _____
         Joseph Donato

8    Dated: _____, 2007

9    By _____
         Joseph Evans

10

11   Dated: _____, 2007

12   By _____
         Mark Feld

13   Dated: _____, 2007

14   By _____
         Wesley Kranz

15

16   Dated: _____, 2007

17   By _____
         Michael Mills

18   Dated: _____, 2007

19   By _____
         John Roberts

20

21   Dated: _____, 2007

22   By _____
         Robert Rockwell

23   Dated: _____, 2007

24   By _____
         Daryl Shoptaugh

25

26   Dated: _____, 2007

27   By _____
         Larry Walker

28

PQM1M44364694559.2

-5-

STIPULATION OF DISMISSAL
U.S.D.C. NO. C 05-4471 JF

Dated: _____, 2007

By_____
     Lynelle Dahn

Dated: _____, 2007

By_____
     Harley Davis

Dated: _____, 2007

By_____
     Joseph Donato

Dated: _____, 2007

By_____
     Joseph Evans

Dated: _____, 2007

By_____
     Mark Feld

Dated: _____, 2007

By_____
     Wesley Kranz

Dated: _____, 2007

By_____
     Michael Mills

Dated: _____, 2007

By_____
     John Roberts

Dated: _____, 2007

By_____
     Robert Rockwell

Dated: _____, 2007

By_____
     Daryl Shoptaugh

Dated: _____, 2007

By_____
     Larry Walker